IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : INDICTMENT |
| v. | : CRIMINAL NO. 4:23-CR- 30 (CDL) |
| JAMES MATHIS,<br>CAMERON ASANTE-BEDIAKO<br>    Defendants | : VIOLATIONS:<br>:     18 U.S.C. § 922(j)<br>:     18 U.S.C. § 924(a)(2)<br>:     18 U.S.C § 933(a)(1) & (a)(2)<br>:     18 U.S.C § 933(b) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (POSSESSION OF A STOLEN FIREARM)

Between on or about January 16, 2023 and January 25, 2023, the exact date being unknown to the Grand Jury, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**JAMES MATHIS,**

knowingly possessed a stolen firearm, to wit: one (1) Rock River Arms, model LAR-6, bearing serial number TA1002605, said firearm having been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen; in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT TWO
### (FIREARMS TRAFFICKING - TRANSFER)

Between on or about and between January 16, 2023 and January 25, 2023, the exact

dates being unknown to the Grand Jury, in the Middle District of Georgia, the defendant,

**JAMES MATHIS,**

did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: one (1) Rock River Arms, model LAR-6, bearing serial number TA1002605 to Cameron Asante-Bediako in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by Cameron Asante-Bediako would constitute a felony; in violation of Title 18, United States Code, Section 933(a)(1) and (b).

## COUNT THREE
## (FIREARMS TRAFFICKING- RECEIPT)

Between on or about January 16, 2023 and January 25, 2023, the exact dates being unknown to the Grand Jury, in the Middle District of Georgia, the defendant

**CAMERON ASANTE-BEDIAKO**

did receive from another person, in and otherwise affecting interstate and foreign commerce, a firearm, to wit: one (1) Rock River Arms, model LAR-6, bearing serial number TA1002605, knowing and having reasonable cause to believe that such receipt would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(2) and (b).

## COUNT FOUR
## (POSSESSION OF A STOLEN FIREARM)

That on or about January 26, 2023, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**CAMERON ASANTE-BEDIAKO,**

knowingly possessed a stolen firearm, to wit: one (1) Rock River Arms, model LAR-6, bearing serial number TA1002605, said firearm having been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen; in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

A TRUE BILL

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented by:

*Leah E. McEnn for CW*
CHRISTOPHER WILLIAMS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 24 day of October, 2023.

_____
Deputy Clerk

3